Exhibit 2

Method Claim: 1

| US11080885 | Magic Leap 2 ("The accused product") |
|---|---|
| 1. A method of providing an augmented reality experience with a user device, comprising: | The accused product discloses a method of providing an augmented reality experience with a user device (e.g., an AR headset such as Magic Leap 2).<br><br>As shown below, Magic Leap 2 provides an augmented reality experience to the user by overlaying virtual elements on top of the real-world view.<br><br><br>https://www.magicleap.com/magic-leap-2 |

# Create innovative solutions for complex problems with the most <u>immersive enterprise AR device.</u>

[https://www.magicleap.com/magic-leap-2](https://www.magicleap.com/magic-leap-2)

Ergonomics

## Power that doesn't weigh you down

Whatever your industry, enhanced ergonomic design and engineering make <u>Magic Leap 2</u> suitable for extended daily use.



user device



[https://www.magicleap.com/magic-leap-2](https://www.magicleap.com/magic-leap-2)



https://www.magicleap.com/magic-leap-2

| | | |
|---|---|---|
| | What is... | **Magic Leap 2: Augmented Reality (AR)**<br><br>Magic Leap 2 is an augmented reality device that maintains its user's view of their environment while integrating digital content within it. Purpose-built for enterprise use, its open platform and industry-leading technology and features are designed to run transformative enterprise solutions. |
| | https://www.magicleap.com/magic-leap-2 | |



providing an augmented reality experience

https://www.youtube.com/watch?v=IyhkFhLtrdw&t=35s

| | |
|---|---|
| receiving an input image of a physical environment from a camera included in or | The accused product discloses receiving an input image (e.g., an input image of the physical environment captured by the camera of Magic Leap 2) of a physical environment from a camera (e.g., a camera of Magic Leap 2) included in or on the user device (e.g., an AR headset such as Magic Leap 2), wherein a digitally encoded marker (DEM) (e.g., fiducial markers like QR codes, April tags and ArUco markers) is positioned at a marker location (e.g., a location of the physically printed fiducial markers) within the physical environment. |

| on the user device, wherein a digitally encoded marker (DEM) is positioned at a marker location within the physical environment; | As shown below, a video of the physical environment is captured by the cameras of the Magic Leap 2. The physically printed fiducial markers are positioned within the frame of the camera feed in order to align the worldview of the Magic Leap 2 headset and other devices. The location for each such marker is relative to the location of Magic Leap 2.  https://www.magicleap.com/magic-leap-2 |



# Magic Leap 2 full technology specifications

## Device

| | |
|---|---|
| OS | Magic Leap OS / Android™ Open Source Project (AOSP) based |
| Field of View (FOV) | 44.6 x 53.6 x 70° |
| AR Display | 1440 x 1760 pixel resolution<br>120 Hz refresh rate<br>20 to 2000 nits brightness<br>37cm to infinity range of operation |
| Camera | 12.6M pixel autofocus RGB camera<br>4K at 30fps or 1920x1080 @ 60fps video |
| Fit | Single size |

## Additional Input Modals

| | |
|---|---|
| Eye Tracking | High accuracy 60 HZ eye gaze<br>2 cameras per eye |
| Voice Input | System functionality "wake"<br>In-Application voice intent<br>Text-To-Speech |
| Keyboards | Multi-language virtual keyboard<br>BT keyboard and mouse<br>USB keyboard and mouse |

camera included in the user device

https://www.magicleap.com/magic-leap-2

# Marker Tracking

Marker tracking is a technique that allows you to detect and track the position and orientation of physical markers in the real world using a camera. This guide provides insights into best practices for marker tracking using various cameras and markers.

*receiving an input image of a physical environment from a camera*

The Marker Tracking API can be used to track fiducial markers like QR codes, April tags and ArUco markers. For fiducial markers, Magic Leap provides 6DOF poses, and the encoded information. The tracker supports up to 16 markers. Identical QR codes will be treated as separate targets and reported individually, identical ArUco markers or April tags will lead to a collision and won't be reported separately.

Supported trackable markers (with pose info):

- ArUco markers
- AprilTag v2
- QR codes (model 1 & 2)

*digitally encoded marker (DEM)*

https://developer-docs.magicleap.cloud/docs/guides/features/marker-tracking/

## Detailed Description

APIs for the Marker Tracking system.

The scanner supports up to 16 markers. Identical QR codes will be treated as separate targets and reported individually, identical Aruco markers or April tags will lead to a collision and won't be reported separately.

List of supported, trackable markers (with pose info):



- Aruco markers.

- AprilTag v2.

digitally encoded marker (DEM)

- QR codes (model 1 & 2). List of supported, detectable markers (no pose info):

- EAN-13 (experimental).

- UPC-A (experimental).

- Code 128 (experimental). Starting at API level 28 all ArUco marker, QR code and April tag poses reported from this API are consistently following the convention below.

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___marker_tracking/

## Supported Marker Types

The Magic Leap supports 5 different types of markers and can detect up to 16 unique marker IDs in a given frame. Here is a brief overview of the supported marker types:

### QR Code (Supports 3D Pose) #

- Two-dimensional barcodes that can store a variety of data types such as URLs, text, etc.
- Fast readability and large storage capacity
- The amount of data that can be stored depends on the density of the squares.

### ArUco (Supports 3D Pose)

- Primarily for camera calibration and real-time pose estimation
- Suitable for applications in robotics and augmented reality for 3D positioning.
- Faster to detect than April Tags
- Incorporates error detection and correction
- Uses intensity thresholds (the difference between the whitest pixel and darkest pixel in the image or region)
  - Less resilient against changing lighting conditions

https://developer-docs.magicleap.cloud/docs/guides/features/marker-tracking/

## Camera Types

There are two types of camera options you can use for marker tracking: the **World Cameras** and the **CV Camera**. Each type has its own advantages and disadvantages depending on the use case and the environment.

### World Cameras

The world cameras are a set of three cameras integral to the Magic Leap 2, primarily used for tracking the user's head pose. They offer an extensive field of view for marker detection.

### CV Camera

This option utilizes the RGB camera located at the front of the headset. The CV (Computer Vision) Camera stream is used, allowing simultaneous access to the Main Camera stream even when Marker Tracking is active.

https://developer-docs.magicleap.cloud/docs/guides/features/marker-tracking/

# ArUco Marker Tracking

**ArUco Marker Tracking** on the Magic Leap allows you to detect two-dimensional planar images from the ArUco Marker dataset and then continuously track the images' locations and orientations as you or the images move through the environment. You can also place digital content based on the presence and transform of a physical image.

Magic Leap devices track ArUco markers, also known as fiducial markers or augmented reality markers, using a tracking system separate from the image tracking system. You can only have one active tracker at a time. ArUco trackers can track one size in one marker dictionary at a time. You can track up to sixteen markers at a time.

https://ml1-developer.magicleap.com/en-us/learn/guides/aruco-marker-tracking

To find an image of the marker that fits the 4x4_50 and id 0 type, we can use a ArUco Marker Generation Tool and input those specific properties. Save the marker that is generated after adjusting the dictionary, id, and size. It doesn't need to be in the project, you just need to be able to open or print the image for scanning. Here's the marker that fits those parameters:



digitally
encoded marker
(DEM)

https://ml1-developer.magicleap.com/en-us/learn/guides/aruco-marker-tracking



https://www.youtube.com/watch?v=g5XxCdY7lxc



https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-Guide#SettingUp-PrintMLSpectatorMarker

# Synchronizing Device Locations

## Scan Marker - Magic Leap Spectator App

On successfully connecting ML Spectator to a Magic Leap 2 device, the next step is to align the real-world positions of your two devices. This will ensure that the AR content seen on both devices appears in exactly the same position relative to the real world.



digitally encoded marker (DEM) is positioned at a marker location within the physical environment

https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-Guide#SettingUp-PrintMLSpectatorMarker

The Scan Marker process will begin on the mobile device running ML Spectator. Start by placing your printed marker in your immediate environment, either on the floor or on a raised surface (such as a table). The marker can be placed anywhere in your environment (it does not need to be in the "center" of your AR content) as it is merely used to sync the location of the two devices (not the location of the content itself). To scan the marker, hold your mobile device so that the marker is within the on screen scanning reticle.

https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-Guide#SettingUp-PrintMLSpectatorMarker



https://www.magicleap.care/hc/article_attachments/21071330514701

| decoding data from the DEM by processing the input image, wherein the decoded data comprises at least one of | The accused product discloses decoding data (e.g., Marker Tracker Decoded Data) from the DEM (e.g., fiducial markers like QR codes, April tags and ArUco markers) by processing the input image (e.g., an input image of the physical environment captured by the camera of Magic Leap 2), wherein the decoded data (e.g., Marker Tracker Decoded Data) comprises at least one of geographic coordinate data and relative coordinate data (e.g., Marker coordinates relative to world origin). As shown below, the APIs for the Marker Tracking system decode the type of marker, result of marker, tracker settings, etc. The coordinate system of the tracking marker is |

| geographic coordinate data and relative coordinate data; | relative to the world origin of the Magic Leap 2. The data decoded by the Marker Tracking system contains MLMarkerTrackerDecodedTypedData, MLMarkerTrackerDecodedArucoData, MLMarkerTrackerDecodedBinaryData, MLMarkerTrackerDecodedData, and MLMarkerTrackerResult. The decoded data from the is used to position the overlay object for augmented reality experience. |

## Detailed Description

APIs for the Marker Tracking system.

The scanner supports up to 16 markers. Identical QR codes will be treated as separate targets and reported individually, identical Aruco markers or April tags will lead to a collision and won't be reported separately.

List of supported, trackable markers (with pose info):



- Aruco markers.

- AprilTag v2.

digitally encoded marker (DEM)

- QR codes (model 1 & 2). List of supported, detectable markers (no pose info):

- EAN-13 (experimental).

- UPC-A (experimental).

- Code 128 (experimental). Starting at API level 28 all ArUco marker, QR code and April tag poses reported from this API are consistently following the convention below.

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___marker_tracking/

# Marker Tracking

Marker tracking is a technique that allows you to detect and track the position and orientation of physical markers in the real world using a camera.This guide provides insights into best practices for marker tracking using various cameras and markers.

The Marker Tracking API can be used to track fiducial markers like QR codes, April tags and ArUco markers. For fiducial markers, Magic Leap provides 6DOF poses, and the encoded information. The tracker supports up to 16 markers. Identical QR codes will be treated as separate targets and reported individually, identical ArUco markers or April tags will lead to a collision and won't be reported separately.

https://developer-docs.magicleap.cloud/docs/guides/features/marker-tracking/

## Supported Marker Types

The Magic Leap supports 5 different types of markers and can detect up to 16 unique marker IDs in a given frame. Here is a brief overview of the supported marker types:

### QR Code (Supports 3D Pose) #

- Two-dimensional barcodes that can store a variety of data types such as URLs, text, etc.
- Fast readability and large storage capacity
- The amount of data that can be stored depends on the density of the squares.

### ArUco (Supports 3D Pose)

- Primarily for camera calibration and real-time pose estimation
- Suitable for applications in robotics and augmented reality for 3D positioning.
- Faster to detect than April Tags
- Incorporates error detection and correction
- Uses intensity thresholds (the difference between the whitest pixel and darkest pixel in the image or region)
    - Less resilient against changing lighting conditions

https://developer-docs.magicleap.cloud/docs/guides/features/marker-tracking/



https://www.youtube.com/watch?v=g5XxCdY7lxc



https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-Guide#SettingUp-PrintMLSpectatorMarker

## ArUco Marker Tracking

ArUco Marker Tracking on the Magic Leap allows you to detect two-dimensional planar images from the ArUco Marker dataset and then continuously track the images' locations and orientations as you or the images move through the environment. You can also place digital content based on the presence and transform of a physical image.

Magic Leap devices track ArUco markers, also known as fiducial markers or augmented reality markers, using a tracking system separate from the image tracking system. You can only have one active tracker at a time. ArUco trackers can track one size in one marker dictionary at a time. You can track up to sixteen markers at a time.

https://ml1-developer.magicleap.com/en-us/learn/guides/aruco-marker-tracking

To find an image of the marker that fits the 4x4_50 and id 0 type, we can use a ArUco Marker Generation Tool and input those specific properties. Save the marker that is generated after adjusting the dictionary, id, and size. It doesn't need to be in the project, you just need to be able to open or print the image for scanning. Here's the marker that fits those parameters:



digitally encoded marker (DEM)

https://ml1-developer.magicleap.com/en-us/learn/guides/aruco-marker-tracking

# Fiducial Marker Tracking

APIs for the Marker Tracking system. More...

## Classes

| | Name |
|---|---|
| struct | **MLMarkerTrackerDecodedTypedData**<br>Structure type selector. |
| struct | **MLMarkerTrackerDecodedArucoData**<br>Aruco decoded data. |
| struct | **MLMarkerTrackerDecodedBinaryData**<br>Binary decoded data. |
| struct | **MLMarkerTrackerDecodedData**<br>Represents the decoded data. |
| struct | **MLMarkerTrackerResult**<br>Represents the result for a single marker. |

decoded data

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/

## group___marker_tracking/



https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___marker_tracking/

Marker axes convention: The marker has its own coordinate system (which in the case of a marker coplanar with the image plane and facing the camera means a 180° rotation around the vertical axis).

In RUB coordinates, this means that we will have:



```
        y ^
      __|__
     |  |  |
 x <--|--+  |
     |_____|
```

Z-axis pointing backwards away from the camera.

coordinates

**Shared Object:**

- perception.magicleap*

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/
group___marker_tracking/

- **Marker Tracking**: Apps will be able to access information regarding markers, such as aruco markers, in your environment, including a location for each such marker relative to your location. This information can be accessed by applications at any time, including in the background to help the application understand your physical environment.

https://www.magicleap.com/ml2-devices



# Perception

APIs for the Perception system. More...

Classes

relative coordinate data

| | Name |
|---|---|
| struct | **MLCoordinateFrameUID** |
| struct | **MLPerceptionSettings** |
| struct | **MLTransformDerivatives**<br>Velocity and acceleration derivatives for a related transform. |
| struct | **MLSnapshotStaticData**<br>Static information about the snapshot system. |

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___perception/

## MLSnapshotGetTransform

```
MLResult MLSnapshotGetTransform(
    const MLSnapshot * snapshot,
    const MLCoordinateFrameUID * id,
    MLTransform * out_transform
)
```

Get transform between world origin and the coordinate frame "id.

### Parameters

| | | |
|---|---|---|
| const MLSnapshot * | snapshot | A snapshot of tracker state. Can be obtained with MLPerceptionGetSnapshot(). |
| const MLCoordinateFrameUID * | id | Look up the transform between the current origin and this coordinate frame id. |
| MLTransform * | out_transform | Valid pointer to a MLTransform. To be filled out with requested transform data. |

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___perception/

| MLResult | **MLSnapshotGetPoseInBase**(const MLSnapshot *snapshot, const MLCoordinateFrameUID* base_id, const MLCoordinateFrameUID *id, MLPose* out_pose)<br>Get transform between coordinate frame 'base_id' and the coordinate frame "id as well as any derivatives that have been calculated. |
|---|---|

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___perception/



# MLPose

**Module: Common**

More...

```
#include <ml_types.h>
```

## Public Attributes

| Type | Name |
|---|---|
| MLTransform | **transform**<br>6-DoF transformation between the two coordinate frames that can be directly used to express source frame coordinates in destination frame coordinates. |

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___common/struct_m_l_pose/

# Synchronizing Device Locations

### Scan Marker - Magic Leap Spectator App

On successfully connecting ML Spectator to a Magic Leap 2 device, the next step is to align the real-world positions of your two devices. This will ensure that the AR content seen on both devices appears in exactly the same position relative to the real world.



digitally encoded marker (DEM) is positioned at a marker location within the physical environment

https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-

| | Guide#SettingUp-PrintMLSpectatorMarker |
|---|---|
| | The Scan Marker process will begin on the mobile device running ML Spectator. Start by placing your printed marker in your immediate environment, either on the floor or on a raised surface (such as a table). The marker can be placed anywhere in your environment (it does not need to be in the "center" of your AR content) as it is merely used to sync the location of the two devices (not the location of the content itself).  To scan the marker, hold your mobile device so that the marker is within the on screen scanning reticle. https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-Guide#SettingUp-PrintMLSpectatorMarker |



https://www.magicleap.care/hc/article_attachments/21071330514701

| | |
|---|---|
| retrieving digital content for a virtual object; and | The accused product discloses retrieving digital content (e.g., digital content such as a digital file of a virtual object) for a virtual object (e.g., a virtual object augmented in the Augmented reality).<br><br>As shown below, digital contents for a virtual object are retrieved and augmented in the augmented reality space as per application. |

# Marker Tracking

The Magic Leap allows you to detect two-dimensional icons from a marker dataset and then continuously track the targets' locations and orientations as you or the markers move through the environment. You can also place and anchor digital content based on the presence and dimensions of a physical marker.

https://developer-docs.magicleap.cloud/docs/28-Sep-2023/guides/features/marker-tracking/

## ArUco Marker Tracking

**ArUco Marker Tracking** on the Magic Leap allows you to detect two-dimensional planar images from the ArUco Marker dataset and then continuously track the images' locations and orientations as you or the images move through the environment. You can also place digital content based on the presence and transform of a physical image.

https://ml1-developer.magicleap.com/en-us/learn/guides/aruco-marker-tracking

## What's Supported, What's Not

The following WebXR specifications and extensions are supported on MagicLeap:

- WebXR core/device API
- WebXR reference spaces (view, local, local-floor, bounded, unbounded)
- HandTracking
- Input Controller
- Hit Test
- Segmented Dimmer through **immersive-vr** and **immersive-ar** during requestSession API in WebXR. If you use **immersive-vr**, it will darken the real world to create a VR experience. **immersive-ar** will show the real world along with the virtual content.

https://developer-docs.magicleap.cloud/docs/guides/features/webxr-viewer/

# Magic Leap Occlusion API

Magic Leap 2's Occlusion API offers developers a way to enhance immersion in mixed reality applications by generating a mesh representation of nearby physical objects. This allows virtual objects to interact with the real world in a more believable way by appearing to be occluded (or "masked") by real-world objects.

The Magic Leap Occlusion API enables you to create a mesh representation of near field objects, so they can be used for occlusion of virtual objects for a better immersion experience.

https://developer-docs.magicleap.cloud/docs/guides/features/object-occlusion/



Type: Aruco_April
Projection Error: 0.00014
Data:
Id: 0
DictionaryName: DICT_4X4

retrieving digital content for a virtual object

https://www.youtube.com/watch?v=g5XxCdY7lxc



retrieving digital content for a virtual object

https://www.youtube.com/watch?v=IyhkFhLtrdw&t=35s



retrieving digital content for a virtual object

https://www.youtube.com/watch?v=G7yr1mgFtO4

Workshop begins in Blank Mode, where participants are encouraged to fill the Canvas with their own creations. Participants can explore sample files or upload their own 3D objects, 2D files, and videos.

In Map Mode, a 3D terrain Map appears over the Canvas. Participants can examine live flight data and explore a digital twin of the world.

In Blank Mode, participants are encouraged to fill the Canvas with their own creations. Participants can explore sample files or upload their own 3D objects, 2D files, and videos. Use Blank Mode to present your ideas in 3D, review files or co-create.

https://www.magicleap.care/hc/en-us/articles/18137590043021-Workshop-User-Guide

Larger files may take a moment to load when opening. A loading animation will display where the file is being opened. Participants may experience different loading times.



retrieving digital content for a virtual object

**Upload Files**

You are encouraged to upload your own unique files to the session. Uploading files requires access to a laptop or desktop computer during the Workshop session.

https://www.magicleap.care/hc/en-us/articles/18137590043021-Workshop-User-Guide

# Files

retrieving digital content for a virtual object

**Files**

Files displays a File Browser containing Magic Leap sample files and any custom files uploaded by participants.

**Files Navigation**

Participants are able to navigate the File Browser by selecting a folder or by using the navigation drop-down.

**Edit and Delete Files**

Edit allows participants to select one or more file(s). Selected files can be deleted. Deleting a file will permanently remove it from the session including any open instances of that file.

**Grid View and List View**

The View Button allows you to switch between the grid view and the list view.

https://www.magicleap.care/hc/en-us/articles/18137590043021-Workshop-User-Guide

| displaying an augmented reality image, on a display | The accused product discloses displaying an augmented reality image (e.g., an AR image with an overlay of a virtual object), on a display screen (e.g., a display of the Magic Leap 2 headset) of the user device (e.g., an AR headset such as Magic Leap 2), including the input image (e.g., an input image of the physical environment captured by the camera of |

| | |
|---|---|
| screen of the user device, including the input image and an overlay image representing the virtual object positioned within the augmented reality image based on the decoded data from the DEM and the marker location, | Magic Leap 2) and an overlay image (e.g., an overlay image of the virtual object) representing the virtual object positioned within the augmented reality image (e.g., an AR image with an overlay of a virtual object) based on the decoded data (e.g., Marker Tracker Decoded Data) from the DEM (e.g., fiducial markers like QR codes, April tags and ArUco markers) and the marker location (e.g., a location of the physically printed fiducial markers).<br><br>As shown below, an augmented reality image is displayed on the AR Display of the Magic Leap 2 headset. The augmented image contains the camera feed as well as the virtual object which is overlayed on the Augmented reality space. The pose information form tracked markers allows the user to place a virtual content based on the presence and transform of the tracked marker. Similarly, a marker is used to synchronize the coordinate system of multiple devices in the same space. The synchronization allows the position of the virtual content to be the same for all devices, thus the position of the marker used to synchronize is used as a reference for placing the virtual objects in the augmented reality space of multiple devices. |



https://www.magicleap.com/magic-leap-2

# Dynamic Dimming™ technology

Use Magic Leap 2 in more environments. Dynamic Dimming™ technology can eliminate up to 99.7% of ambient light from the Headset display.

Control industrial, medical, and natural lighting with its two dimming features:

## Global Dimming™

The Global Dimming™ feature dims the entire display without dimming digital content to make text and images more solid and precise.

## Segmented Dimming™

The Segmented Dimming™ feature dims specific portions of the display to enhance legibility and clarity of selected content, and can also be used to focus attention to areas or components of interest.





Industry-leading optics

# See more. Do more.

Up to 70° field of view lets you see more. Best-in-class image performance lets you see more clearly. Magic Leap 2 lets you see the bigger picture and scrutinize the smallest details.

https://www.magicleap.com/magic-leap-2

## Automatically, individually adaptive

Magic Leap 2 adapts to each user with its system of sensors, eye-tracking cameras, and world cameras.

## Cameras and Time of Flight (ToF) sensor

Magic Leap 2 uses its cameras and ToF sensor to generate over 300,000 precise 3D points to map your environment down to the millimeter. By understanding the world around you, your solutions can achieve better interactivity and account for objects, surfaces, and occlusions.

# Marker Tracking

Marker tracking is a technique that allows you to detect and track the position and orientation of physical markers in the real world using a camera. This guide provides insights into best practices for marker tracking using various cameras and markers.

The Marker Tracking API can be used to track fiducial markers like QR codes, April tags and ArUco markers. For fiducial markers, Magic Leap provides 6DOF poses, and the encoded information. The tracker supports up to 16 markers. Identical QR codes will be treated as separate targets and reported individually, identical ArUco markers or April tags will lead to a collision and won't be reported separately.

Supported trackable markers (with pose info):

- ArUco markers
- AprilTag v2
- QR codes (model 1 & 2)

digitally encoded marker (DEM)

https://developer-docs.magicleap.cloud/docs/guides/features/marker-tracking/



https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-Guide#SettingUp-PrintMLSpectatorMarker

## Detailed Description

APIs for the Marker Tracking system.

The scanner supports up to 16 markers. Identical QR codes will be treated as separate targets and reported individually, identical Aruco markers or April tags will lead to a collision and won't be reported separately.

List of supported, trackable markers (with pose info):



- Aruco markers.

- AprilTag v2.

digitally encoded marker (DEM)

- QR codes (model 1 & 2). List of supported, detectable markers (no pose info):

- EAN-13 (experimental).

- UPC-A (experimental).

- Code 128 (experimental). Starting at API level 28 all ArUco marker, QR code and April tag poses reported from this API are consistently following the convention below.

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___marker_tracking/

# Marker Tracking

The Magic Leap allows you to detect two-dimensional icons from a marker dataset and then continuously track the targets' locations and orientations as you or the markers move through the environment. You can also place and anchor digital content based on the presence and dimensions of a physical marker.

https://developer-docs.magicleap.cloud/docs/28-Sep-2023/guides/features/marker-tracking/

## ArUco Marker Tracking

**ArUco Marker Tracking** on the Magic Leap allows you to detect two-dimensional planar images from the ArUco Marker dataset and then continuously track the images' locations and orientations as you or the images move through the environment. You can also place digital content based on the presence and transform of a physical image.

https://ml1-developer.magicleap.com/en-us/learn/guides/aruco-marker-tracking

## What's Supported, What's Not

The following WebXR specifications and extensions are supported on MagicLeap:

- WebXR core/device API
- WebXR reference spaces (view, local, local-floor, bounded, unbounded)
- HandTracking
- Input Controller
- Hit Test
- Segmented Dimmer through **immersive-vr** and **immersive-ar** during requestSession API in WebXR. If you use **immersive-vr**, it will darken the real world to create a VR experience. **immersive-ar** will show the real world along with the virtual content.

https://developer-docs.magicleap.cloud/docs/guides/features/webxr-viewer/

# Magic Leap Occlusion API

Magic Leap 2's Occlusion API offers developers a way to enhance immersion in mixed reality applications by generating a mesh representation of nearby physical objects. This allows virtual objects to interact with the real world in a more believable way by appearing to be occluded (or "masked") by real-world objects.

The Magic Leap Occlusion API enables you to create a mesh representation of near field objects, so they can be used for occlusion of virtual objects for a better immersion experience.

https://developer-docs.magicleap.cloud/docs/guides/features/object-occlusion/

Marker axes convention: The marker has its own coordinate system (which in the case of a marker coplanar with the image plane and facing the camera means a 180° rotation around the vertical axis).

In RUB coordinates, this means that we will have:



```
        y ^
       __|__
      |  |  |
 x <--|--+  |
      |_____|
```

coordinates

Z-axis pointing backwards away from the camera.

**Shared Object:**

- perception.magicleap*

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___marker_tracking/

- **Marker Tracking**: Apps will be able to access information regarding markers, such as aruco markers, in your environment, including a location for each such marker relative to your location. This information can be accessed by applications at any time, including in the background to help the application understand your physical environment.

https://www.magicleap.com/ml2-devices

# Fiducial Marker Tracking

APIs for the Marker Tracking system. More...

## Classes

| | Name |
|---|---|
| struct | **MLMarkerTrackerDecodedTypedData**<br>Structure type selector. |
| struct | **MLMarkerTrackerDecodedArucoData**<br>Aruco decoded data. |
| struct | **MLMarkerTrackerDecodedBinaryData**<br>Binary decoded data. |
| struct | **MLMarkerTrackerDecodedData**<br>Represents the decoded data. |
| struct | **MLMarkerTrackerResult**<br>Represents the result for a single marker. |

decoded data

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/

## group___marker_tracking/



https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___marker_tracking/



# Perception

APIs for the Perception system. More...

**Classes**

relative coordinate data

| | Name |
|---|---|
| struct | **MLCoordinateFrameUID** |
| struct | **MLPerceptionSettings** |
| struct | **MLTransformDerivatives** <br> Velocity and acceleration derivatives for a related transform. |
| struct | **MLSnapshotStaticData** <br> Static information about the snapshot system. |

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___perception/

## MLSnapshotGetTransform

```
MLResult MLSnapshotGetTransform(
    const MLSnapshot * snapshot,
    const MLCoordinateFrameUID * id,
    MLTransform * out_transform
)
```

Get transform between world origin and the coordinate frame "id.

**Parameters**

| | | |
|---|---|---|
| const MLSnapshot * | snapshot | A snapshot of tracker state. Can be obtained with MLPerceptionGetSnapshot(). |
| const MLCoordinateFrameUID * | id | Look up the transform between the current origin and this coordinate frame id. |
| MLTransform * | out_transform | Valid pointer to a MLTransform. To be filled out with requested transform data. |

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___perception/

| MLResult | **MLSnapshotGetPoseInBase**(const MLSnapshot *snapshot, const* *MLCoordinateFrameUID* base_id, const MLCoordinateFrameUID *id, MLPose* out_pose) Get transform between coordinate frame 'base_id' and the coordinate frame "id as well as any derivatives that have been calculated. |
|---|---|

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___perception/

# MLPose

**Module: Common**

More...

`#include <ml_types.h>`

## Public Attributes

| Type | Name |
|---|---|
| MLTransform | **transform** 6-DoF transformation between the two coordinate frames that can be directly used to express source frame coordinates in destination frame coordinates. |

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___common/struct_m_l_pose/

# Synchronizing Device Locations

### Scan Marker - Magic Leap Spectator App

On successfully connecting ML Spectator to a Magic Leap 2 device, the next step is to align the real-world positions of your two devices. This will ensure that the AR content seen on both devices appears in exactly the same position relative to the real world.



digitally encoded marker (DEM) is positioned at a marker location within the physical environment

https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-

|  | Guide#SettingUp-PrintMLSpectatorMarker<br><br>The Scan Marker process will begin on the mobile device running ML Spectator. Start by placing your printed marker in your immediate environment, either on the floor or on a raised surface (such as a table). The marker can be placed anywhere in your environment (it does not need to be in the "center" of your AR content) as it is merely used to sync the location of the two devices (not the location of the content itself).  To scan the marker, hold your mobile device so that the marker is within the on screen scanning reticle.<br>https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-Guide#SettingUp-PrintMLSpectatorMarker |



https://www.magicleap.care/hc/article_attachments/21071330514701



https://www.youtube.com/watch?v=g5XxCdY7lxc



overlay image representing the virtual object positioned within the augmented reality image

https://www.youtube.com/watch?v=g5XxCdY7lxc



overlay image representing the virtual object positioned within the augmented reality image

https://www.youtube.com/watch?v=IyhkFhLtrdw&t=35s



overlay image representing the virtual object positioned within the augmented reality image

https://www.youtube.com/watch?v=G7yr1mgFtO4

| wherein the overlay image is positioned within the augmented reality image using the at least one of the | The accused product discloses wherein the overlay image (e.g., an overlay image of the virtual object) is positioned within the augmented reality image (e.g., an AR image with an overlay of a virtual object) using the at least one of the geographic coordinate data and the relative coordinate data (e.g., Marker coordinates relative to world origin) decoded from the DEM (e.g., fiducial markers like QR codes, April tags and ArUco markers).<br><br>As shown below, the pose information from tracked markers allows the user to place a virtual content based on the presence and transform of the tracked marker. Similarly, a marker is used to synchronize the coordinate system of multiple devices in the same |

| | |
|---|---|
| geographic coordinate data and the relative coordinate data decoded from the DEM. | space. The synchronization allows the position of the virtual content to be the same for all devices, thus the position of the marker used to synchronize is used as a reference for placing the virtual objects in the augmented reality space of multiple devices. |

# Marker Tracking

Marker tracking is a technique that allows you to detect and track the position and orientation of physical markers in the real world using a camera. This guide provides insights into best practices for marker tracking using various cameras and markers.

The Marker Tracking API can be used to track fiducial markers like QR codes, April tags and ArUco markers. For fiducial markers, Magic Leap provides 6DOF poses, and the encoded information. The tracker supports up to 16 markers. Identical QR codes will be treated as separate targets and reported individually, identical ArUco markers or April tags will lead to a collision and won't be reported separately.

Supported trackable markers (with pose info):

- ArUco markers
- AprilTag v2
- QR codes (model 1 & 2)

digitally encoded marker (DEM)

https://developer-docs.magicleap.cloud/docs/guides/features/marker-tracking/



https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-Guide#SettingUp-PrintMLSpectatorMarker

## Detailed Description

APIs for the Marker Tracking system.

The scanner supports up to 16 markers. Identical QR codes will be treated as separate targets and reported individually, identical Aruco markers or April tags will lead to a collision and won't be reported separately.

List of supported, trackable markers (with pose info):



- Aruco markers.

- AprilTag v2.

digitally encoded marker (DEM)

- QR codes (model 1 & 2). List of supported, detectable markers (no pose info):

- EAN-13 (experimental).

- UPC-A (experimental).

- Code 128 (experimental). Starting at API level 28 all ArUco marker, QR code and April tag poses reported from this API are consistently following the convention below.

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___marker_tracking/

# Marker Tracking

The Magic Leap allows you to detect two-dimensional icons from a marker dataset and then continuously track the targets' locations and orientations as you or the markers move through the environment. You can also place and anchor digital content based on the presence and dimensions of a physical marker.

https://developer-docs.magicleap.cloud/docs/28-Sep-2023/guides/features/marker-tracking/

## ArUco Marker Tracking

**ArUco Marker Tracking** on the Magic Leap allows you to detect two-dimensional planar images from the ArUco Marker dataset and then continuously track the images' locations and orientations as you or the images move through the environment. You can also place digital content based on the presence and transform of a physical image.

https://ml1-developer.magicleap.com/en-us/learn/guides/aruco-marker-tracking

## What's Supported, What's Not

The following WebXR specifications and extensions are supported on MagicLeap:

- WebXR core/device API
- WebXR reference spaces (view, local, local-floor, bounded, unbounded)
- HandTracking
- Input Controller
- Hit Test
- Segmented Dimmer through **immersive-vr** and **immersive-ar** during requestSession API in WebXR. If you use **immersive-vr**, it will darken the real world to create a VR experience. **immersive-ar** will show the real world along with the virtual content.

https://developer-docs.magicleap.cloud/docs/guides/features/webxr-viewer/

# Magic Leap Occlusion API

Magic Leap 2's Occlusion API offers developers a way to enhance immersion in mixed reality applications by generating a mesh representation of nearby physical objects. This allows virtual objects to interact with the real world in a more believable way by appearing to be occluded (or "masked") by real-world objects.

The Magic Leap Occlusion API enables you to create a mesh representation of near field objects, so they can be used for occlusion of virtual objects for a better immersion experience.

https://developer-docs.magicleap.cloud/docs/guides/features/object-occlusion/

Marker axes convention: The marker has its own coordinate system (which in the case of a marker coplanar with the image plane and facing the camera means a 180° rotation around the vertical axis).

In RUB coordinates, this means that we will have:

```
        y ^
       __|__
      |  |  |
x <--|--+  |
      |____|
```

Z-axis pointing backwards away from the camera.

coordinates

**Shared Object:**

- perception.magicleap*

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group__marker_tracking/

- **Marker Tracking**: Apps will be able to access information regarding markers, such as aruco markers, in your environment, including a location for each such marker relative to your location. This information can be accessed by applications at any time, including in the background to help the application understand your physical environment.

https://www.magicleap.com/ml2-devices

# Fiducial Marker Tracking

APIs for the Marker Tracking system. More...

## Classes

| | Name |
|---|---|
| struct | **MLMarkerTrackerDecodedTypedData**<br>Structure type selector. |
| struct | **MLMarkerTrackerDecodedArucoData**<br>Aruco decoded data. |
| struct | **MLMarkerTrackerDecodedBinaryData**<br>Binary decoded data. |
| struct | **MLMarkerTrackerDecodedData**<br>Represents the decoded data. |
| struct | **MLMarkerTrackerResult**<br>Represents the result for a single marker. |

decoded data

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/

## group___marker_tracking/



https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___marker_tracking/



## MLSnapshotGetTransform

```
MLResult MLSnapshotGetTransform(
    const MLSnapshot * snapshot,
    const MLCoordinateFrameUID * id,
    MLTransform * out_transform
)
```

Get transform between world origin and the coordinate frame "id.

**Parameters**

| | | |
|---|---|---|
| const MLSnapshot * | snapshot | A snapshot of tracker state. Can be obtained with MLPerceptionGetSnapshot(). |
| const MLCoordinateFrameUID * | id | Look up the transform between the current origin and this coordinate frame id. |
| MLTransform * | out_transform | Valid pointer to a MLTransform. To be filled out with requested transform data. |

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___perception/

| MLResult | **MLSnapshotGetPoseInBase**(const MLSnapshot *snapshot, const MLCoordinateFrameUID* base_id, const MLCoordinateFrameUID *id, MLPose* out_pose) Get transform between coordinate frame 'base_id' and the coordinate frame "id as well as any derivatives that have been calculated. |
|---|---|

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___perception/

# MLPose

**Module: Common**

More...

`#include <ml_types.h>`

## Public Attributes

| Type | Name |
|---|---|
| MLTransform | **transform** 6-DoF transformation between the two coordinate frames that can be directly used to express source frame coordinates in destination frame coordinates. |

https://developer-docs.magicleap.cloud/docs/api-ref/api/Modules/group___common/struct_m_l_pose/

# Synchronizing Device Locations

## Scan Marker - Magic Leap Spectator App

On successfully connecting ML Spectator to a Magic Leap 2 device, the next step is to align the real-world positions of your two devices. This will ensure that the AR content seen on both devices appears in exactly the same position relative to the real world.



digitally encoded marker (DEM) is positioned at a marker location within the physical environment

https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-

Guide#SettingUp-PrintMLSpectatorMarker

The Scan Marker process will begin on the mobile device running ML Spectator. Start by placing your printed marker in your immediate environment, either on the floor or on a raised surface (such as a table). The marker can be placed anywhere in your environment (it does not need to be in the "center" of your AR content) as it is merely used to sync the location of the two devices (not the location of the content itself).  To scan the marker, hold your mobile device so that the marker is within the on screen scanning reticle.

https://www.magicleap.care/hc/en-us/articles/22350469887117-Spectator-User-Guide#SettingUp-PrintMLSpectatorMarker



https://www.magicleap.care/hc/article_attachments/21071330514701



https://www.youtube.com/watch?v=g5XxCdY7lxc



overlay image representing the virtual object positioned within the augmented reality image

https://www.youtube.com/watch?v=g5XxCdY7lxc



overlay image representing the virtual object positioned within the augmented reality image

https://www.youtube.com/watch?v=lyhkFhLtrdw&t=35s



https://www.youtube.com/watch?v=G7yr1mgFtO4